USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/11/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
UNITED STATES OF AMERICA,                    :
                                             :
        -against-                            :   16-CR-82 (VEC)
                                             :
KENNETH SMITH,                               :   ORDER
                                             :
                        Defendant.           :
------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

WHEREAS on March 11, 2021, Kenneth Smith filed a Motion for Compassionate Release, Dkts. 289, 290; and

WHEREAS on March 11, 2021, Mr. Smith submitted some of his prison medical records, which the Court has filed under seal;

IT IS HEREBY ORDERED that the Government is to respond to Mr. Smith's motion, to confirm Mr. Smith's release date is July 2, 2025, and to file the last two years of Mr. Smith's medical records as well as his full prison disciplinary and education records by no later than **Friday, April 9, 2021**. The medical records must be filed under seal; the other records must be filed on ECF.

IT IS FURTHER ORDERED that the Government must serve a copy of its response papers on Mr. Smith at the address listed below. The Government must file proof of such service on the docket by no later than **Tuesday, April 13, 2021**.

IT IS FURTHER ORDERED that Mr. Smith's reply in support of his motion for compassionate release is due no later than **Friday, May 7, 2021**.

The Clerk of Court is respectfully directed to mail a copy of this order to Kenneth Smith, Reg. No. 75260-054, FCI Edgefield, FEDERAL CORRECTIONAL INSTITUTION, P.O. BOX 725, EDGEFIELD, SC 29824, and note mailing on the docket.

**SO ORDERED.**

Date:  March 11, 2021
       New York, New York

                                           **VALERIE CAPRONI**
                                           **United States District Judge**