USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/28/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
UNITED STATES OF AMERICA,

    -against-

KENNETH SMITH,

                        Defendant.
------------------------------------------------------------- X

16-CR-82 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

WHEREAS on March 11, 2021, Kenneth Smith filed a Motion for Compassionate Release, Dkts. 289, 290; and

WHEREAS as of April 27, 2021, Mr. Smith's Motion is fully briefed;

IT IS HEREBY ORDERED that by no later than **Friday, May 7, 2021**, the Government must inform the Court: (1) whether Mr. Smith has been offered a COVID-19 vaccine; (2) if so, whether he received the vaccine; and (3) if not, when the Government anticipates that Mr. Smith will be offered a vaccine.

IT IS FURTHER ORDERED that the Government must serve a copy of its letter on Mr. Smith at the address listed below. The Government must file proof of such service on the docket by no later than **Monday, May 10, 2021**.

IT IS FURTHER ORDERED that by no later than **Friday, May 21, 2021**, Mr. Smith must inform the Court whether he intends to take the vaccine when offered, to the extent he has not been already vaccinated.

The Clerk of Court is respectfully directed to mail a copy of this order to Kenneth Smith, Reg. No. 75260-054, FCI Edgefield, FEDERAL CORRECTIONAL INSTITUTION, P.O. BOX 725, EDGEFIELD, SC 29824, and note mailing on the docket.

SO ORDERED.

Date:  April 28, 2021                              _____
       New York, New York                         **VALERIE CAPRONI**
                                                    **United States District Judge**